IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAUL S. MORROW, | ) |
|        Plaintiff, | ) |
| vs. | ) Case No. 13-CV-331-NJR-DGW |
| AARON HOOD, JAMES CHEATHAM, SEAN STARKWEATHER, RYAN DAVIS, CLINT MAYER, MONICA GREATHOUSE, AIMEE LANG, and UNKNOWN DEFENDANTS, | ) |
|        Defendants. | |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED t**hat pursuant to the threshold review Order dated May 3, 2013 (Doc. 7), Defendants S.A. Godinez, TY J Bates, Michael Atchison, Richard Harrington, Summers, C/O Hepp, C/O Hoffman, J Lashbrook, C/O Phelps, Unidentified Grievance Officer, Business Office Supervisor, Records Office Supervisor, Mailroom Supervisor and Clinical Services Supervisor are **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that by Order dated May 29, 2015 (Doc. 106), Plaintiff's claims against Defendants Monica Greathouse, Aaron Hood, James Cheatham, Sean Starkweather, Ryan Davis, Clint Mayer, and Aimee Lang are **DISMISSED without prejudice**. This action is **DISMISSED in its entirety.**

**DATED:  May 29, 2015**

                                              **JUSTINE FLANAGAN, Acting Clerk**

                                              **By: s/ Deana Brinkley**_____

                                              **Deputy Clerk**

APPROVED: s/ Nancy J. Rosenstengel

NANCY J. ROSENSTENGEL

United States District Judge